UNITED STATES DISTRICT COURT
Easter District oF Wisconsin

Craig Lee Miller
Petitioner
V.
State oF Wisconsin
Respondent,

U.S. District Court
Wisconsin Eastern

JAN 28 2026

FILED
Clerk of Court

Case No. 25-CV-908

Motion Pursuant to 60 (b)
I am asking this court to take Judical Notice oF what is Now going oN iN Case No. 22-CF-25 oCoNto County. Now that I've Put the correct request beFor that Court iN the Courts eFFort to block me From being heard on my request to have the implied ConseNt Convictions removed From my record the Court has ordered peter hines to remain oN as my Attorney. each time I try to be heard on my motions to dismiss the Court will only allow Attorney hines to talk aFter he ruled oN 1-12-2026 that the Racine convictions were Countable OWI Convictions Case No 92-CT-1137 and

(1)

Case No. 91-CT-30 and Case No. 89-CT-244 IN my motion to dismiss the implied consent convictions only:"beFor Moving Forward with the case".

The court would not address my motion only allowing mr hines to repet his lie the implied Consent issues have No relav--ance.

IN my motion I pointed out NONE oF the Racine cases have ever Thad any changes Filed, No plea was ever eNtered No judgment oF Conviction ever intered by any court in any of the 3 Racine County cases.

The ONly CONViction iN these cases were implied CoNseNt, the Motor Vehical Records and the Racine Court Records clearly prove this.

ON 1-22-2026 the court ruled mr hines Could Not be removed, I was Not Capable oF representing my selF aFter I gave up my Right to Counsel ON 1-12-2026 after the Court and mr hines made a Complete Fool out oF me iN court.

At one point the court said you have 2 min only stop me after 1min. repetedly going off the record to hide what was really going on. during the hearing. I request enter locokatory appeal after the courts ruling, over and over in court, the request was never honord or mention in the court min.

I called the clerk and asked why no answer.

Now every thing I File is sent to Judge William E. Griesbach why? See case 25-CV-2053 and 25-CV-1982

I have Followed the rules the state court is not allowing the motions requesting the implied consent convictions be vacated and removed From my record I'm not allowed to be heard in eather Racine court or oconto court.

Nether court will allow my motion to be heard and ruled on.

Can I be allowed to amend This pettion to move under

28 U.S.C. 2241 The state has refused to allow me an oppor--tunity, and no exceptional circumstance exist! See Olsson V. Curran 328 F. App'x 334, 335 (7th Cir 2009) For 4 year I've tried to get state public defender's to raise the the Federal claims see case No. 22-CF-25 and case No. 25-CF--544

I've tried over and over as this court is well aware, I know without Federal court intervention ill spend the remain--der of my life in state prison. also if as Judge Conley has ruled there is a second convic--tion that would place me in double Jeopardy there by allowing Federal intervention. see court hearing transcripts From 1-12-2026 case No.22-CF-25 and Motor Vehical Records. Trial is set For 2-12-2026 please hurry.

Thank you.

Craig L. Miller

(4)